IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS HENRIQUEZ-DISLA and    :    CIVIL ACTION
MAGALAY PACHECO

                    :

           v.            :

                    :

ALLSTATE PROPERTY AND        :    NO.  13-284
CASUALTY INSURANCE CO.

## O R D E R

AND NOW, this  29th        day of May, 2014, upon consideration of Plaintiffs'

letter motion to compel Defendant to provide more specific responses to discovery (Doc.

28), the response, thereto, an in camera review of the claim logs at issue, and for the

reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that the

Plaintiffs' motion is GRANTED IN PART AND DENIED IN PART.  Defendant shall

produce unredacted portions of the claim logs as outlined in the accompanying

memorandum, and shall produce all portions of claims manuals and policies which

informed its employees' decisions to deny claims similar to Plaintiffs', obtain EUO's,

and hire counsel to investigate claims (in the context of preparation for the EUO's).  With

respect to manuals and policies, Plaintiffs and their counsel are ordered to keep

confidential all materials they receive in response to these discovery requests, and the

parties shall mark confidential any deposition testimony that derives from such manuals or policies.

BY THE COURT:

/s/ELIZABETH T. HEY

_____

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE