IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS HENRIQUEZ-DISLA and MAGALAY PACHECO | : : : | CIVIL ACTION |
| v. | : : | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE CO. | : | NO.  13-284 |

# **O R D E R**

AND NOW, this 7th day of August, 2014, upon consideration of Defendant's motion for reconsideration (Doc. 34-2) and the response, thereto (Doc. 39), IT IS HEREBY ORDERED that the motion is GRANTED IN PART and DENIED IN PART. Defendant's request for reconsideration of this court's Order dated May 29, 2014, is GRANTED.  The following log entries which I previously ordered unredacted, shall remain redacted:

January 26, 2012 at 12:06 p.m. (Fire Claim Bates 37),

Email dated February 10, 2012 at 10:26 a.m. (Fire Claim Bates 48),

May 2, 2012 at 9:03 a.m. (Fire Claim Bates 187),

March 19, 2012 at 9:55 a.m. (Fire Claim Bates 191),

February 10, 2012 at 12:41 p.m. (Fire Claim Bates 198),

February 8, 2012 at 5:41 p.m. (Fire Claim Bates 200) (In the fifth paragraph of the entry,

the first line to the comma in the second line remains redacted.  The remainder of that

paragraph should be unredacted.),

March 12, 2012 at 1:23 p.m. (Theft Claim Bates 63), and

May 2, 2012 at 9:02 a.m. (Theft Claim Bates 65).

Defendant's request for certification for interlocutory appeal is GRANTED and IT IS FURTHER ORDERED that this Court's order of May 29, 2014, is certified for interlocutory appeal.  The court certifies the following question as a controlling question

of law, as to which there is a difference of opinion, and as to which an immediate appeal will expedite the resolution of this litigation:

> Are the log entries which this court found to relate to basic claims investigation and ordered unredacted subject to the attorney-client privilege?

IT IS FURTHER ORDERED that the proceedings in this action are STAYED pending resolution by the Third Circuit Court of Appeals with the exception of Allstate's production of manuals previously ordered.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE