IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCIS HENRIQUEZ-DISLA and MAGALAY PACHECO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE CO. | : | NO.  13-284 |

## **O R D E R**

AND NOW, this  1st day of October, 2014, upon consideration of Plaintiffs' motion for sanctions (Doc. 47), the response, thereto, and after reviewing 8 manuals in camera, IT IS HEREBY ORDERED that Plaintiffs' motion for sanctions is granted in part, denied part, and deferred in part.  The motion is granted to the extent Defendant shall produce, within 10 days of this Order, excerpts of the Coverage Analysis section of Manual 4 as described in the accompanying memorandum.  Defendant shall also inform the court within ten days of this Order whether it will rely on a suspicion of arson as a basis to deny Plaintiffs' claims.  If so, the court shall undertake further review of the produced manuals in camera and determine what additional documentation must be produced.  To the extent Plaintiffs seek en masse production of the entire manuals and that any disclosure not be subject to confidentiality, the motion is denied.  Plaintiffs and their counsel shall maintain the confidentiality of all documents produced pursuant to this

order. To the extent Plaintiffs seek monetary sanctions, the court defers ruling until conclusion of the review pending Allstate's determination regarding arson.

> BY THE COURT:
>
> /s/ELIZABETH T. HEY
>
> _____
> ELIZABETH T. HEY
> UNITED STATES MAGISTRATE JUDGE